IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01768-MSK-BNB

CASINO MASTERS, LLC, a Colorado limited liability corporation,

    Plaintiff,

v.

ROCKY MOUNTAIN POKER TOUR, INC., a Colorado corporation, and
ADOLFO RAMIREZ, an individual,

    Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on the Motion to Withdraw as Counsel of Record **(#6)** filed November 23, 2005. A review of the Motion indicates that Defendants have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 28th day of November, 2005.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        Marcia S. Krieger
                                        United States District Judge