1                    IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01768-MSK-BNB

CASINO MASTERS, LLC, a Colorado limited liability corporation,

      Plaintiff,

v.

ROCKY MOUNTAIN POKER TOUR, INC., a Colorado corporation, and
ADOLFO RAMIREZ, an individual,

      Defendants.
_____

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**
_____

The Court, having reviewed Moye White LLP's Motion to Withdraw as Counsel of Record **(#8)** and the Court record.

The Court finds that the local rules of this court do not provide for entry of an appearance by a law firm. Instead appearances have been entered by Elizabeth Getches and Patrick Linden as counsel for Defendants Rocky Mountan Poker Tour, Inc and Adolfo Ramirez, which fact could have been verified by reviewing the docket sheet for the case through PACER. Good cause has been shown to allow Ms. Getches and Mr. Linden to withdraw.

It is therefore ORDERED that Elizabeth Getches and Patrick Linden are allowed to withdraw as counsel in this case.  No other counsel have entered an appearance for the

Defendants. Rocky Mountain Poker Tour, Inc. may not file pleadings or participate in this action except through counsel.

DATED this 29th day of November, 2005.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge