IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-cv-01768-OES-BNB

CASINO MASTERS, LLC, a Colorado limited liability corporation,

Plaintiff,

v.

ROCKY MOUNTAIN POKER TOUR, INC., a Colorado corporation,
ADOLFO RAMIREZ, an individual,

Defendants.

## MINUTE ORDER

Dated: January 31, 2006

The Motion for Leave of Court to File Motion to File Amended Complaint as Special Counsel [filed January 30, 2006, Document 27] is GRANTED and the tendered Amended Complaint is accepted by the Court for filing. Defendants shall have twenty (20) days from the date of this Order in which to respond to plaintiff's Amended Complaint and further, shall have twenty days in which to respond to plaintiff's Motion to Withdraw as Counsel of Record [filed January 30, 2006, Document 26].