IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01768-OES-BNB

CASINO MASTERS, LLC, a Colorado limited liability corporation,

    Plaintiff,

v.

ROCKY MOUNTAIN POKER TOUR, INC., a Colorado corporation, and
ADOLFO RAMIREZ, an individual,

    Defendants.

_____

**ORDER**
_____

    I am informed that this case has been resolved.  Accordingly,

    IT IS ORDERED that on or before **February 22, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

    Dated February 8, 2006.

                                        BY THE COURT:

                                          s/ Boyd N. Boland
                                        United States Magistrate Judge